UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AIR TRANSPORT ASSOCIATION OF   :
AMERICA, INC. d/b/a AIRLINES FOR  :
AMERICA,            :
              :
       Plaintiff,   :  Case No. 1:24-cv-04623
              :
   v.         :
              :
IVAN CAPIFALI, in his official capacity as :
Commissioner of the Department of Business :
Affairs and Consumer Protection,   :
              :
       Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT STATUS REPORT

Pursuant to the December 10, 2025 Docket Entry (ECF No. 73), Plaintiff Air Transport Association of America, Inc. d/b/a Airlines for America ("A4A") and Defendant Ivan Capifali, in his official capacity as Commissioner of the Department of Business Affairs and Consumer Protection, ("Defendant") (together with A4A, the "Parties") file this joint status report, by and through their counsel.

1. On December 10, 2025, this Court entered an order directing the Parties to file, by January 21, 2026, a joint status report "setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention." (*Id.*) This Court also ordered the parties to "report on the status of their settlement negotiations, if any." (*Id.*)

2. **Discovery Completed.**

 a. **Initial Disclosures:** The Parties served Initial Disclosures on September 6, 2024. On April 1, 2025, A4A served its Amended and Supplemental Initial Disclosures.

b.     **Requests For Production Of Documents And Interrogatories:** The Parties served Requests For Production of Documents ("RFPs") and Interrogatories on each other on November 1, 2024.  The Parties served their respective responses and objections to the Parties' RFPs and Interrogatories on December 16, 2024.

c.     **Production Of Documents:** A4A made its first production of documents on December 16, 2024.  A4A made its second production of documents on May 28, 2025.  Defendant made his first production of documents on December 23, 2024.  Defendant has since stated his position that Defendant's production of documents is complete.

3.     **Discovery Remaining.**  A4A's collection and review of documents potentially responsive to Defendant's RFPs is ongoing.  The Parties also continue to discuss the Parties' written discovery responses and to evaluate the need to serve additional RFPs or Interrogatories.  In light of the Court's April 22, 2025 Order (ECF No. 52) granting Defendant's motion to stay discovery "with respect to third-party subpoena practice and oral discovery," the Parties have not conducted any third-party subpoena practice or oral discovery, and Defendant is not currently seeking discovery from A4A's individual member airlines.  If the stay is lifted, the Parties expect to (i) potentially serve additional document requests via subpoenas on third parties, including but not necessarily limited to A4A's individual member airlines, and (ii) conduct depositions.  After the conclusion of fact discovery, the Parties expect to make expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A) and conduct expert discovery.

4.     **Whether Any Discovery Disputes Require The Court's Attention.**  No discovery disputes require the Court's attention at this time.

5.     **Status of Settlement Negotiations**.  The parties have not engaged in settlement discussions.

2

Dated:  January 21, 2026

/s/ *Alisha Q. Nanda*
James R. Carroll (admitted *pro hac vice*)
Alisha Q. Nanda (admitted *pro hac vice*)
Emily M. Jennings (admitted *pro hac vice*)
Anne Rabon (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
emily.jennings@skadden.com
anne.rabon@skadden.com

Amy L. Van Gelder (ARDC No. 6279958)
Amanda L. Brown (ARDC No. 6312421)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
320 S. Canal Street,
Chicago, Illinois 60606
Telephone: (312) 407-0700
amy.vangelder@skadden.com
amanda.brown@skadden.com

Chris A. Hollinger (admitted *pro hac vice*)
Molly Edgar (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
chollinger@omm.com
medgar@omm.com

*Counsel for Plaintiff*
*Air Transport Association of America, Inc. d/b/a*
*Airlines for America*

Respectfully submitted,

/s/ *Whitney G. Woodward*
Andrew Worseck (ARDC No. 6256886)
Whitney G. Woodward (ARDC No. 6324866)
CITY OF CHICAGO LAW DEPARTMENT
Telephone: (312) 742-0260
Andrew.Worseck@cityofchicago.org
Whitney.Woodward@cityofchicago.org

*Counsel for Defendant*
*Ivan Capifali, in his official capacity as*
*Commissioner of the Department of Business*
*Affairs and Consumer Protection*

3